**U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT**
**SENTENCING HEARING MINUTES**

Date: 3/9/2026

Case #: 3:24-cr-00222-MPS    Dft #: 1

**UNITED STATES OF AMERICA**

v.

Wilfredo Ortiz

Honorable Judge: Michael P. Shea
Deputy Clerk: C. Sichanh
AUSA: Natasha Freismuth/Andrew Reed Durham
Counsel for Defendant: Frank J. Riccio, II
☐ Retained   ■ CJA   ☐ FPD

Start Time: 10:02AM   End Time: 10:50AM
Recess (if more than ½ hr): ____ to ____
Total Time: ____ hour(s) 48 minute(s)

USPO: Lauren Harte
Reporter/Courtsmart: J. Monette
Interpreter: ____   Language: ____

■ Sentencing ☐ held ____ (time) ☐ held in abeyance ☐ continued until ____ at ____
■ Motion Hearing held ____ (time) ☐ defendant failed to appear ☐ bench warrant to issue

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

☐ Court departs ☐ upward from guidelines ☐ downward from guidelines
  ■ To 135 month(s) ____ year(s) imprisonment ☐ as to a lesser included offense ■ on Count(s) 1
  of the ☐ Superseding ■ Indictment ☐ Information
  ☐ To ____ month(s) ____ years(s) imprisonment ☐ as to a lesser included offense ☐ on Count(s) ____
  of the ☐ Superseding ☐ Indictment ☐ Information
☐ Sentence on Count(s) ____ shall run ☐ concurrently ☐ consecutively to:
    ☐ sentence imposed on Count(s) ____ ☐ state sentence
☐ Defendant shall get credit for time served
■ Court recommends incarceration at FCI Danbury
■ Court recommends participation in the 500-hour drug rehabilitation treatment program (RDAP)
☐ Defendant ordered to self-surrender on ____ by ____ to the designated facility or USMS office.
☐ Bond ☐ continued ☐ set at $____
☐ Defendant remanded to the custody of the US Marshal
■ Upon release the dft shall be placed on supervised release for ____ month(s) 5 years(s) on Count(s) 1
☐ Upon release the dft shall be placed on supervised release for ____ month(s) ____ years(s) on Count(s) ____
☐ Defendant sentenced to probation for a term of ____ month(s) ____ years(s)
☐ Defendant shall pay a fine of $____ on Count(s) ____ to be paid by ____ in installments of ____ per ____ for a total of $____
■ Special Assessment of ☐ $25 ☐ $50 ■ $100 is imposed as to ■ each of Count(s) 1 for a total of $100 to be paid immediately
☐ Defendant shall pay restitution in the amount of ____ ☐ payable at the rate of $____ per month
    ☐ payable to ____
☐ Proposed restitution order to be filed 90 days from today
■ Govt's motion for order of forfeiture ■ filed ■ granted ☐ denied ☐ to be filed
■ Govt's ■ oral motion to dismiss remaining count(s) ☐ filed ■ granted ☐ denied ☐ to be filed
■ Govt's ■ oral motion for acceptance of responsibility ☐ filed ■ granted ☐ denied

☐ Motion for _____ ☐ filed by _____ ☐ granted ☐ denied ☐ taken under advisement
☐ Motion for _____ ☐ filed by _____ ☐ granted ☐ denied ☐ taken under advisement

**CONDITIONS OF** ☒ **SUPERVISED RELEASE** ☐ **PROBATION**
☒ Mandatory conditions number(s): 1,2,4,6 and 8 _____
☒ Standard Conditions
☒ Special conditions are imposed as stated on the record and in the judgment
☐ Other: